José María y Juan Franceschi; Domingo, Salvador y Estrella Leandri y Angel y Blanca Massari, peticionarios, *v.* Hon. Domingo Sepúlveda, Juez de la Corte de Distrito de Ponce, demandado.

No. 282. *Sometido:* Enero 30, 1933. *Resuelto:* Febrero 2, 1933.

*Henry G. Molina,* abogado de los peticionarios; *López de Tord & Zayas Pizarro,* opositores.

Eᴌ Jᴜᴇᴢ Pʀᴇsɪᴅᴇɴᴛᴇ Sᴇñoʀ ᴅᴇʟ Toʀo, emitió la opinión del tribunal.

Esta es una solicitud de *mandamus* radicada originalmente en esta Corte Suprema el 24 de enero último. Su súplica dice:

"Sᴜᴘʟɪᴄᴀɴ se sirva dictar un auto de mandamus perentorio dirigido a la Hon. Corte de Distrito de Ponce, o al Juez de la misma, don Domingo Sepúlveda, ordenándole que declare sin lugar la moción de arbitraje judicial (Exhibit C); disponiendo el procedimiento que debería seguirse ante dicha Corte sobre la referida petición de junio 20, 1932 (Exhibit A) y ordenando que se señale la vista de dichos procedimientos para el primer día hábil que tenga el Hon. Juez recurrido, ya que el Hon. Juez Roberto H. Todd, Jr. se ha eximido del caso para los efectos de la petición (Exhibit A) como consecuencia de haber intervenido particularmente en unas tentativas de arbitraje o solución amistosa entre las partes."

Se señaló el 30 de enero, 1933, para oír a las partes sobre la procedencia de la solicitud y en la audiencia se admitió que la corte de distrito había resuelto la moción sobre arbitraje. Siendo ello así, carece de objeto la petición y *debe en su consecuencia declararse sin lugar.*